IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, | CV 22–193–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL FARRENS, an individual; ROBIN FARRENS, an individual; FARRENS PROPERTIES, LLC, a Limited Liability Company; ROCK AND WATER, LLC, a Limited Liability Company; ROCK AND WATER INTERNATIONAL LLC, a Limited Liability Company, and DOES 1 through 100, | |
| Defendants. | |

Plaintiff Nautilus Insurance Company moves for the admission of Linda W.
Hsu to practice before this Court in this case with Randall Colbert and Emma
Mediak to act as local counsel. Ms. Hsu's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Linda W.
Hsu *pro hac vice* (Doc. 10) is GRANTED on the condition that *pro hac* counsel
shall do his or her own work. This means that *pro hac* counsel must do his or her
own writing; sign his or her own pleadings, motions, and briefs; and appear and

1

participate personally.  Counsel shall take steps to register in the Court's electronic

filing system ("CM-ECF").  Further information is available on the Court's

website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

*pro hac* counsel, within fifteen (15) days of the date of this Order, files a notice

acknowledging counsel's admission under the terms set forth above.  In that notice,

counsel shall also designate a single attorney with the authority to make any and all

decisions related to the administration of this case as the primary point of contact

for the opposing party.

DATED this 20ᵗʰ day of January, 2023.

Donald W. Molloy, District Judge
United States District Court