IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL FARRENS, an individual; ROBIN FARRENS, an individual, FARRENS PROPERTIES, LLC, a Limited Liability Company, ROCK AND WATER, LLC, a Limited Liability Company, ROCK AND WATER INTERNATIONAL, LLC, a Limited Liability Company, and DOES 1 through 100,<br><br>    Defendants. | Cause No. 9:22-CV-193-DWM<br><br>ENTRY OF DEFAULT |

Defendants Rock and Water, LLC and Rock and Water International, LLC are in default for failure to appear, plead, or otherwise defend in this action under the Federal Rules of Civil Procedure.

Therefore, in accordance with Fed. R. Civ. P. 55(a).

DEFAULT IS ENTERED against Defendants Rock and Water, LLC and Rock and Water International, LLC.

DATED this  14th  day of March, 2023.



CLERK OF COURT

By_____