IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL FARRENS, an individual; ROBIN FARRENS, an individual, FARRENS PROPERTIES, LLC, a Limited Liability Company, ROCK AND WATER, LLC, a Limited Liability Company, ROCK AND WATER INTERNATIONAL, LLC, a Limited Liability Company, and DOES 1 through 100,<br><br>　　　　Defendants,<br>_____<br><br>MICHAEL FARRENS, an individual; ROBIN FARRENS, an individual, FARRENS PROPERTIES, LLC, a Limited Liability Company,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>NAUTILUS INSURANCE COMPANY,<br><br>　　　　Counter-Defendant. | CV 22-193-M-DWM<br><br>JUDGMENT |

　　This action came before the Court for determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order dated March 1, 2024 (Doc. 50), that judgment is entered in favor of Nautilus

Insurance Company.

Dated this 1st day of March, 2024.

                                                                /s/ Tyler P. Gilman
                                                 Tyler P. Gilman, Clerk